## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### NO. 5:12-CR-402-H

UNITED STATES OF AMERICA

v.

AL TYRONE HILL

**ORDER TO SEAL**

On motion of the Defendant, Al Tyrone Hill, and for good cause shown, it is hereby

ORDERED that the motion to continue sentencing [DE #32] be sealed until further notice by this Court.

This Order is grounded on the Defendant's well-founded concern that public information may

compromise his personal privacy. It is further ORDERED that the Defendant's motion to

continue sentencing, for the same good cause shown, be filed under seal.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so

sealed until otherwise ordered by the Court, except that copies may be provided to the United

States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 1st day of October 2013.

_____

MALCOLM J. HOWARD
Senior United States District Court Judge