UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-402-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AL TYRONE HILL | **ORDER TO SEAL** |

On motion of the Defendant, Al Tyrone Hill, and for good cause shown, it is hereby ORDERED that the motion to continue sentencing [DE 36] be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that public information may compromise his personal privacy. It is further ORDERED that the Defendant's motion to continue sentencing, for the same good cause shown, be filed under seal.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 30th day of October 2013.

MALCOLM J. HOWARD
Senior United States District Court Judge